FILED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 530 |
| KENNETH FLOWERS, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant KENNETH FLOWERS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Trafficking, on or about March 1, 2019, in Case Number CR-18-632976 in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Glock, 19, 9mm semi-automatic pistol, serial number ABUN374, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, KENNETH FLOWERS

shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including but not limited to, the following: a Glock, 19, 9mm semi-automatic pistol, serial number ABUN374.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.